STEPHEN P. BERZON (SBN 46540)
EILEEN B. GOLDSMITH (SBN 218029)
PEDER J. V. THOREEN (SBN 217081)
MEREDITH A. JOHNSON (SBN 291018)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sberzon@altber.com
        egoldsmith@altber.com
        pthoreen@altber.com
        mjohnson@altber.com

ROBERT J. BEZEMEK (SBN 058740)
DAVID CONWAY (SBN 253903)
Law Offices of Robert J. Bezemek
A Professional Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 936
Oakland, California  94612
Telephone: (510) 763-5690
Facsimile: (510) 763-4255
E-mail: rjbezemek@bezemeklaw.com
        dconway@bezemeklaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*, <br><br> Defendants. | CASE NO. 3:16-cv-03411-HSG <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

**STIPULATION REGARDING BRIEFING SCHEDULE**

WHEREAS Plaintiffs filed their First Amended Complaint in San Francisco Superior Court on May 26, 2016, and Defendant Accrediting Commission for Community and Junior Colleges removed the action to this Court on June 17, 2016;

WHEREAS Altshuler Berzon LLP was first brought into this case as co-counsel for Plaintiffs on June 22, 2016, and its attorneys are in the process of becoming familiar with the case;

WHEREAS this action was originally assigned in this Court to Magistrate Judge Spero;

WHEREAS Defendant filed a Motion to Dismiss in this action on June 24, 2016 and originally noticed the motion for hearing before Magistrate Judge Spero on July 29, 2016;

WHEREAS pursuant to the Local Rules, Plaintiffs' opposition to the Motion to Dismiss would be due on July 8, 2016;

WHEREAS Plaintiffs declined to consent to the Magistrate Judge, and the case has since been reassigned to this Court, requiring the Motion to Dismiss to be re-noticed for a new hearing date;

WHEREAS the parties have met and conferred regarding the reassignment of this case, the briefing schedule on the Motion to Dismiss, and Plaintiffs' intention to seek leave to file a Second Amended Complaint;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' Opposition to the Motion to Dismiss shall be due on July 21, 2016.

2. Defendant's Reply shall be due on July 28, 2016.

3. Subject to Court approval, the hearing on Defendant's Motion to Dismiss shall be held on August 4, 2016 at 2:00 p.m., or as soon thereafter as is available on the Court's calendar.

4. Plaintiffs shall provide the proposed Second Amended Complaint to Defendants no later than July 21, 2016, in order to determine whether the parties can stipulate to the filing of the Second Amended Complaint. If the parties stipulate to the filing of the Second Amended Complaint, and plaintiff thereafter files the Second Amended Complaint pursuant to the stipulation, Defendant with promptly thereafter withdraw its Motion to Dismiss without prejudice to re-filing

1  any motion to dismiss the Second Amended Complaint, in order to avoid duplication of effort by

2  the parties and the Court.

3  Dated: June 30, 2016                    STEPHEN P. BERZON
                                           EILEEN B. GOLDSMITH
4                                          PEDER J. V. THOREEN
                                           MEREDITH A. JOHNSON
5                                          Altshuler Berzon LLP

6                                          ROBERT J. BEZEMEK
                                           DAVID CONWAY
7                                          Law Offices of Robert J. Bezemek

8

9                                          By:   s/ *Eileen B. Goldsmith*
                                                  Eileen B. Goldsmith
10

11                                         *Attorneys for Plaintiffs*

12 Dated: June 30, 2016                    KENNETH E. KELLER
                                           THOMAS H. SLOAN, JR.
13                                         JENNIFER R. McGLONE
                                           ETHAN I. JACOBS
14                                         Keller, Sloan, Roman & Holland LLP

15                                         LAURENCE W. KESSENICK
                                           SCOTT C. KESSENICK
16                                         Kessenick, Gamma & Free LLP

17
                                           By:  s/ *Thomas H. Sloan, Jr.*
18                                                Thomas H. Sloan, Jr.

19

20                         **ORDER**

21       Pursuant to Stipulation, IT IS SO ORDERED.  The hearing on Defendant's Motion to

22 Dismiss is set for August 4, 2016 at 2:00 p.m.

23 Dated: July 1, 2016                     _____
                                           United States District Judge
24

25

26

27

28