STEPHEN P. BERZON (SBN 46540)
EILEEN B. GOLDSMITH (SBN 218029)
PEDER J. V. THOREEN (SBN 217081)
MEREDITH A. JOHNSON (SBN 291018)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sberzon@altber.com
         egoldsmith@altber.com
         pthoreen@altber.com
         mjohnson@altber.com

ROBERT J. BEZEMEK (SBN 058740)
DAVID CONWAY (SBN 253903)
Law Offices of Robert J. Bezemek
A Professional Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 936
Oakland, California  94612
Telephone: (510) 763-5690
Facsimile: (510) 763-4255
E-mail: rjbezemek@bezemeklaw.com
         dconway@bezemeklaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121, *et al.*, | CASE NO. 3:16-cv-03411-HSG |
| Plaintiffs, | **SECOND STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| vs. | |
| ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*, | |
| Defendants. | |

**SECOND STIPULATION REGARDING BRIEFING SCHEDULE**

WHEREAS Plaintiffs filed their First Amended Complaint in San Francisco Superior Court on May 26, 2016, and Defendant Accrediting Commission for Community and Junior Colleges removed the action to this Court on June 17, 2016;

WHEREAS Altshuler Berzon LLP was first brought into this case as co-counsel for Plaintiffs on June 22, 2016, and its attorneys are still in the process of becoming familiar with the case;

WHEREAS Defendant filed a Motion to Dismiss in this action on June 24, 2016;

WHEREAS the parties previously requested an adjustment of the briefing and hearing schedule on Defendant's Motion to Dismiss, in part to enable the parties to meet and confer regarding Plaintiffs' intention to file a Second Amended Complaint;

WHEREAS the Plaintiffs have requested additional time to prepare their intended proposed Second Amended Complaint and the Defendant has agreed to extend the requested additional time in order to receive and review the proposed Second Amended Complaint and to meet and confer regarding whether the parties can agree to stipulate to it being filed;

WHEREAS if the parties stipulate to the filing of the Second Amended Complaint, they will avoid devoting further time and resources to litigating the Defendant's pending Motion to Dismiss the First Amended Complaint;

WHEREAS the proposed briefing and hearing schedule set forth below is also necessary to accommodate Defendant's counsel's trial schedule in another matter;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' Opposition to the Motion to Dismiss shall be due on August 11, 2016.

2. Defendant's Reply shall be due on August 18, 2016.

3. Subject to Court approval, the hearing on Defendant's Motion to Dismiss shall be held on August 25, 2016 at 2:00 p.m., or as soon thereafter as is available on the Court's calendar.

4. Plaintiffs shall provide the proposed Second Amended Complaint to Defendant no later than August 11, 2016, in order to determine whether the parties can stipulate to the filing of the Second Amended Complaint. If the parties stipulate to the filing of the Second Amended

Complaint, and Plaintiffs thereafter file the Second Amended Complaint pursuant to the stipulation, Defendant will promptly thereafter withdraw its Motion to Dismiss without prejudice to re-filing any motion to dismiss the Second Amended Complaint, in order to avoid duplication of effort by the parties and the Court.

Dated: July 18, 2016

STEPHEN P. BERZON
EILEEN B. GOLDSMITH
PEDER J. V. THOREEN
MEREDITH A. JOHNSON
Altshuler Berzon LLP

ROBERT J. BEZEMEK
DAVID CONWAY
Law Offices of Robert J. Bezemek

By:   s/ *Peder J. V. Thoreen*
      Peder J. V. Thoreen

*Attorneys for Plaintiffs*

Dated: July 18, 2016

KENNETH E. KELLER
THOMAS H. SLOAN, JR.
JENNIFER R. McGLONE
ETHAN I. JACOBS
Keller, Sloan, Roman & Holland LLP

LAURENCE W. KESSENICK
SCOTT C. KESSENICK
Kessenick, Gamma & Free LLP

By:  s/ *Kenneth E. Keller*
      Kenneth E. Keller

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. The hearing on Defendant's Motion to Dismiss is set for September 8, 2016 at 2:00 p.m.

Dated: July 19, 2016

_____
United States District Judge