KENNETH E. KELLER [SBN 71450] kkeller@ksrh.com
THOMAS H. SLOAN, JR. [SBN 58322] tsloan@ksrh.com
JENNIFER R. MCGLONE [SBN 209228] jmcglone@ksrh.com
ETHAN I. JACOBS [SBN 291838] ejacobs@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:      (415) 249-8330
Facsimile:       (415) 249-8333

LAURENCE W. KESSENICK [SBN 45433] lkessenick@kgf-lawfirm.com
SCOTT C. KESSENICK [SBN 295999] skessenick@kgf-lawfirm.com
KESSENICK, GAMMA, & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA  94014
Telephone:  (415) 362-9400
Facsimile:  (415) 352-9401

Attorneys for Defendant
Accrediting Commission for Community and Junior Colleges

STEPHEN P. BERZON [SBN 46540] sberzon@altber.com
EILEEN B. GOLDSMITH [SBN 218029] egoldsmith@altber.com
PEDER J. V. THOREEN [SBN 217081] pthoreen@altber.com
MEREDITH A. JOHNSON [SBN 291018] mjohnson@altber.com
REBECCA C. LEE [SBN 305119] rlee@altber.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ROBERT J. BEZEMEK [SBN 058740] rjbezemek@bezemeklaw.com
DAVID CONWAY [SBN 253903] dconway@bezemeklaw.com
Law Offices of Robert J. Bezemek
A Professional Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 936
Oakland, California  94612
Telephone: (510) 763-5690
Facsimile: (510) 763-4255

Attorneys for Plaintiffs

1

JOINT STIPULATION REGARDING ENLARGEMENT OF BRIEFS ON DEFENDANT'S MOTION TO DISMISS;
[PROPOSED] ORDER
Case No. 3:16-cv-03411-HSG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121; PALOMAR FACULTY FEDERATION, AFT LOCAL 6161; MENDOCINO COLLEGE FEDERATION OF TEACHERS, AFT LOCAL 6322; AND SAN JOSE-EVERGREEN FEDERATION OF TEACHERS, AFT LOCAL 6157, ON BEHALF OF THEMSELVES AND THEIR MEMBERS TO THE EXTENT PERMITTED BY GOVERNMENT CODE SECTION 3543.8; CALIFORNIA FEDERATION OF TEACHERS, ALISA MESSER; TIM KILLIKELLY; KAREN SAGINOR; SHANNON LIENHART; SHANELL WILLIAMS; AUGUSTA GOLDSTEIN,<br><br>  Plaintiffs,<br><br>vs.<br><br>ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*,<br><br>  Defendants. | Case No. 3:16-cv-03411 HSG<br><br>**JOINT STIPULATION REGARDING ENLARGEMENT OF BRIEFS ON DEFENDANT ACCJC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT;** [PROPOSED] **ORDER** |

**STIPULATION**

Pursuant to Local Rules 7-11 and 7-12 of the Northern District of California, Defendant Accrediting Commission for Community and Junior Colleges ("ACCJC") and Plaintiffs AFT Local 2121; Palomar Faculty Federation, AFT Local 6161, Mendocino College Federation of Teachers, AFT Local 6322, San Jose-Evergreen Federation of Teachers, AFT Local 6157, California Federation of Teachers, Alisa Messer, Tim Killikelly, Karen Saginor, Shannon Lienhart, Shanell Williiams, and Augusta Goldstein ("Plaintiffs") respectfully stipulate as follows:

WHEREAS, Plaintiff filed its Second Amended Complaint in this action on November 4, 2016 (D.I. 57, the "SAC");

WHEREAS, Defendant ACCJC currently has up to and including December 5, 2016 to answer, move, and/or otherwise respond to the SAC;

WHEREAS, the SAC is voluminous, asserting seven separate causes of action and including

2

JOINT STIPULATION REGARDING ENLARGEMENT OF BRIEFS ON DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER
Case No. 3:16-cv-03411-HSG

326 numbered paragraphs on 76 pages;

WHEREAS, Defendant has indicated that it will move to dismiss all seven causes of action in the SAC;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and through their respective attorneys of record and subject to order of the Court, as follows:

(1) ACCJC may file a memorandum of points and authorities not to exceed 30 pages in support of a motion to dismiss Plaintiffs' Second Amended Complaint.

(2) Plaintiffs may file a memorandum of points and authorities not to exceed 30 pages in opposition to ACCJC's motion to dismiss Plaintiffs' Second Amended Complaint.

(3) ACCJC may file a reply memorandum of points and authorities not to exceed 20 pages in further support of its motion to dismiss Plaintiffs' Second Amended Complaint.

IT IS SO STIPULATED, THORUGH COUNSEL OF RECORD.

Dated: November 8, 2016                KELLER, SLOAN, ROMAN & HOLLAND LLP

                                       By:    /s/ Kenneth E. Keller
                                              KENNETH E. KELLER
                                              Attorneys for Defendant Accrediting Commission
                                              for Community and Junior Colleges

Dated: November 8, 2016                ALTSHULER BERZON LLP

                                       By:    /s/ Eileen B. Goldsmith
                                              EILEEN B. GOLDSMITH
                                              Attorneys for Plaintiffs

3

JOINT STIPULATION REGARDING ENLARGEMENT OF BRIEFS ON DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER
Case No. 3:16-cv-03411-HSG

**CIVIL L.R. 5-1(i) ATTESTATION**

I, Kenneth E. Keller, hereby attest that I have been authorized by Eileen B. Goldsmith, counsel for Plaintiffs, to execute on her behalf this Joint Stipulation Regarding Enlargement of Briefs on Defendant ACCJC's Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated:  November 8, 2016                    /s/ Kenneth E. Keller
                                            Kenneth E. Keller

4

JOINT STIPULATION REGARDING ENLARGEMENT OF BRIEFS ON DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER
Case No. 3:16-cv-03411-HSG

# [PROPOSED] ORDER

As stipulated and agreed to by the Parties, ACCJC may file a memorandum of points and authorities not to exceed 30 pages in support of a motion to dismiss Plaintiffs' Second Amended Complaint; Plaintiffs may file a memorandum of points and authorities not to exceed 30 pages in opposition to ACCJC's motion to dismiss Plaintiffs' Second Amended Complaint; and ACCJC may file a reply memorandum of points and authorities not to exceed 20 pages in further support of its motion to dismiss Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: November  10 , 2016



_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DENIED — Judge Haywood S. Gilliam Jr.

5

JOINT STIPULATION REGARDING ENLARGEMENT OF BRIEFS ON DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER
Case No. 3:16-cv-03411-HSG