```
1   STEPHEN P. BERZON (SBN 46540)
    EILEEN B. GOLDSMITH (SBN 218029)
2   PEDER J. V. THOREEN (SBN 217081)
    MEREDITH A. JOHNSON (SBN 291018)
3   REBECCA C. LEE (SBN 305119)
    Altshuler Berzon LLP
4   177 Post Street, Suite 300
    San Francisco, California 94108
5   Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
6   E-mail: sberzon@altber.com
            egoldsmith@altber.com
7           pthoreen@altber.com
            mjohnson@altber.com
8           rlee@altber.com

9   ROBERT J. BEZEMEK (SBN 058740)
    DAVID CONWAY (SBN 253903)
10  Law Offices of Robert J. Bezemek
    A Professional Corporation
11  The Latham Square Building
    1611 Telegraph Avenue, Suite 936
12  Oakland, California  94612
    Telephone: (510) 763-5690
13  Facsimile: (510) 763-4255
    E-mail: rjbezemek@bezemeklaw.com
14          dconway@bezemeklaw.com

15  Attorneys for Plaintiffs

16  [Additional Counsel on following page]
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121, *et al.*, | CASE NO. 3:16-cv-03411-HSG |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| vs. | |
| ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE;
CASE NO. 3:16-cv-03411-HSG

| | |
|---|---|
| 1 | KENNETH E. KELLER [SBN 71450] kkeller@ksrh.com |
| 2 | THOMAS H. SLOAN, JR. [SBN 58322] tsloan@ksrh.com |
| | JENNIFER R.MCGLONE [SBN 209228] jmcglone@ksrh.com |
| 3 | ETHAN I. JACOBS [SBN 291838] ejacobs@ksrh.com |
| | KELLER, SLOAN, ROMAN & HOLLAND LLP |
| 4 | 555 Montgomery Street, 17th Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 249-8330 |
| | Facsimile: (415) 249-8333 |

1  KENNETH E. KELLER [SBN 71450] kkeller@ksrh.com
2  THOMAS H. SLOAN, JR. [SBN 58322] tsloan@ksrh.com
   JENNIFER R.MCGLONE [SBN 209228] jmcglone@ksrh.com
3  ETHAN I. JACOBS [SBN 291838] ejacobs@ksrh.com
   KELLER, SLOAN, ROMAN & HOLLAND LLP
4  555 Montgomery Street, 17th Floor
   San Francisco, CA 94111
5  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
6
7  LAURENCE W. KESSENICK [SBN 45433] lkessenick@kgf-lawfirm.com
   SCOTT C. KESSENICK [SBN 295999] skessenick@kgf-lawfirm.com
8  KESSENICK, GAMMA, & FREE, LLP
   44 Montgomery Street, Suite 3880
9  San Francisco, CA 94014
   Telephone: (415) 362-9400
10 Facsimile: (415) 352-9401

11 *Attorneys for Defendant Accrediting Commission*
   *for Community and Junior Colleges*
12
13 KATHLEEN A. KENEALY
   Acting Attorney General of California
14 SUSAN M. CARSON
   Supervising Deputy Attorney General
15 HADARA R. STANTON, State Bar No. 227040
   Deputy Attorney General
16 HAMSA M. MURTHY, State Bar No. 274745
   Deputy Attorney General
17 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
18 Telephone: (415) 703-5561
   Fax: (415) 703-5480
19 E-mail: Hadara.Stanton@doj.ca.gov
   E-mail: Hamsa.Murthy@doj.ca.gov

20 *Attorneys for Defendants California Community Colleges*
   *Board of Governors and the Chancellor's Office*
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE;
CASE NO. 3:16-cv-03411-HSG

**STIPULATION REGARDING CASE SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs AFT Local 2121, Palomar Faculty Federation, AFT Local 6161; Mendocino College Federation of Teachers, AFT Local 6322; San Jose-Evergreen Federation of Teachers, AFT Local 6157; California Federation of Teachers, Alisa Messer, Tim Killikelly, Karen Saginor, Shannon Lienhart, and Augusta Goldstein ("Plaintiffs")  and Defendants Accrediting Commission for Community and Junior Colleges ("ACCJC") and the Interim Chancellor and members of the Board of Governors ("Board") of the California Community Colleges (collectively here "State Defendants") that the parties' amended proposed case schedule is as follows:

| | |
|---|---|
| Deadline for amending the pleadings: | February 28, 2017 |
| Deadline for hearing on State Defendants' motion to dismiss: | April 13, 2017 |
| Close of non-expert discovery: | September 13, 2017 |
| Disclosure of expert reports: | September 13, 2017 |
| Disclosure of rebuttal expert reports: | September 25, 2017 |
| Close of expert discovery: | October 25, 2017 |
| Deadline for filing dispositive motions: | November 1, 2017 |
| Deadline for opposition briefs: | November 17, 2017 |
| Deadline for reply briefs: | November 30, 2017 |
| Deadline for hearing dispositive motions: | December 14, 2017 |
| Pretrial conference: | February 20, 2018 |
| Trial: | March 5, 2018 |

Dated: January 10, 2017

STEPHEN P. BERZON
EILEEN B. GOLDSMITH
PEDER J. V. THOREEN
MEREDITH A. JOHNSON
REBECCA C. LEE
Altshuler Berzon LLP

ROBERT J. BEZEMEK
DAVID CONWAY
Law Offices of Robert J. Bezemek

| | |
|---|---|
| | By:   s/ *Eileen B. Goldsmith* <br>       Eileen B. Goldsmith |

*Attorneys for Plaintiffs*

Dated: January 10, 2017

KENNETH E. KELLER
THOMAS H. SLOAN, JR.
JENNIFER R. McGLONE
ETHAN I. JACOBS
Keller, Sloan, Roman & Holland LLP

LAURENCE W. KESSENICK
SCOTT C. KESSENICK
Kessenick, Gamma & Free LLP

By:   s/ *Thomas H. Sloan Jr.*
      Thomas H. Sloan, Jr.

*Attorneys for Defendant Accrediting Commission for Community and Junior Colleges*

Dated: January 10, 2017

KATHLEEN A. KENEALY
Acting Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
HAMSA M. MURTHY
Deputy Attorney General
HADARA R. STANTON
Deputy Attorney General

By:   *s/ Hamsa M. Murthy.*
      Hamsa M. Murthy

*Attorneys for Defendants California Community Colleges Board of Governors and the Chancellor's Office*

1
2                                    **ORDER**
3        Pursuant to Stipulation, IT IS SO ORDERED.
4
5   Dated: January 10, 2017
                                        _____
6                                           Haywood S. Gilliam, Jr.
                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28