STEPHEN P. BERZON (SBN 46540)
EILEEN B. GOLDSMITH (SBN 218029)
PEDER J. V. THOREEN (SBN 217081)
MEREDITH A. JOHNSON (SBN 291018)
REBECCA C. LEE (SBN 305119)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sberzon@altber.com
        egoldsmith@altber.com
        pthoreen@altber.com
        mjohnson@altber.com
        rlee@altber.com

ROBERT J. BEZEMEK (SBN 058740)
DAVID CONWAY (SBN 253903)
Law Offices of Robert J. Bezemek
A Professional Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 936
Oakland, California 94612
Telephone: (510) 763-5690
Facsimile: (510) 763-4255
E-mail: rjbezemek@bezemeklaw.com
        dconway@bezemeklaw.com

Attorneys for Plaintiffs

[Additional Counsel on following page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121, *et al.*, | CASE NO. 3:16-cv-03411-HSG |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| vs. | |
| ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*, | |
| Defendants. | |

XAVIER BECERRA
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
HADARA R. STANTON, State Bar No. 227040
Deputy Attorney General
HAMSA M. MURTHY, State Bar No. 274745
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5561
Fax: (415) 703-5480
E-mail: Hadara.Stanton@doj.ca.gov
E-mail: Hamsa.Murthy@doj.ca.gov

*Attorneys for Defendants California Community Colleges Board of Governors and the Chancellor's Office*

## STIPULATION REGARDING CASE SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs AFT Local 2121, Palomar Faculty Federation, AFT Local 6161; Mendocino College Federation of Teachers, AFT Local 6322; San Jose-Evergreen Federation of Teachers, AFT Local 6157; California Federation of Teachers, Alisa Messer, Tim Killikelly, Karen Saginor, Shannon Lienhart, and Augusta Goldstein ("Plaintiffs") and Defendants the Interim Chancellor and members of the Board of Governors ("Board") of the California Community Colleges (collectively here "State Defendants") that the State Defendants' motion to dismiss shall be briefed and heard on the following modified briefing schedule:

Deadline for State Defendants' motion to dismiss (per Dkt. 67): February 23, 2017

Deadline for Plaintiffs' opposition to motion to dismiss:   March 14, 2017

Deadline for State Defendants' reply to motion to dismiss:  March 24, 2017

Hearing (per Dkt. 83):   April 13, 2017

Dated: January 26, 2017

STEPHEN P. BERZON
EILEEN B. GOLDSMITH
PEDER J. V. THOREEN
MEREDITH A. JOHNSON
REBECCA C. LEE
Altshuler Berzon LLP

ROBERT J. BEZEMEK
DAVID CONWAY
Law Offices of Robert J. Bezemek

By:   s/ *Eileen B. Goldsmith*
          Eileen B. Goldsmith

*Attorneys for Plaintiffs*

Dated: January 26, 2017

XAVIER BECERRA
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
HADARA R. STANTON
Deputy Attorney General
HAMSA M. MURTHY
Deputy Attorney General

By:   s/ *Hamsa M. Murthy*
          Hamsa M. Murthy

*Attorneys for Defendants California Community Colleges Board of Governors and the Chancellor's Office*

2

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE;
CASE NO. 3:16-cv-03411-HSG

1
**ORDER**

2
Pursuant to Stipulation, IT IS SO ORDERED.

3

4
Dated: January 26, 2017

_____
Haywood S. Gilliam, Jr.
United States District Judge