1  STEPHEN P. BERZON (SBN 46540)
   EILEEN B. GOLDSMITH (SBN 218029)
2  PEDER J. V. THOREEN (SBN 217081)
   MEREDITH A. JOHNSON (SBN 291018)
3  REBECCA C. LEE (SBN 305119)
   Altshuler Berzon LLP
4  177 Post Street, Suite 300
   San Francisco, California 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  E-mail: sberzon@altber.com
           egoldsmith@altber.com
7          pthoreen@altber.com
           mjohnson@altber.com
8          rlee@altber.com

9  ROBERT J. BEZEMEK (SBN 058740)
   DAVID CONWAY (SBN 253903)
10 Law Offices of Robert J. Bezemek
   A Professional Corporation
11 The Latham Square Building
   1611 Telegraph Avenue, Suite 936
12 Oakland, California  94612
   Telephone: (510) 763-5690
13 Facsimile: (510) 763-4255
   E-mail: rjbezemek@bezemeklaw.com
14         dconway@bezemeklaw.com

15 Attorneys for Plaintiffs

16 [Additional Counsel on following page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121, *et al.*, | CASE NO. 4:16-cv-03411-HSG |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| vs. | |
| ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE;
CASE NO. 4:16-cv-03411-HSG

XAVIER BECERRA
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
HADARA R. STANTON, State Bar No. 227040
Deputy Attorney General
HAMSA M. MURTHY, State Bar No. 274745
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5561
Fax: (415) 703-5480
E-mail: Hadara.Stanton@doj.ca.gov
E-mail: Hamsa.Murthy@doj.ca.gov

*Attorneys for Defendants California Community Colleges Board of Governors and the Chancellor's Office*


KENNETH E. KELLER [SBN 71450] kkeller@ksrh.com
THOMAS H. SLOAN, JR. [SBN 58322] tsloan@ksrh.com
TRACY M. CLEMENTS [SBN 184150] tclements@ksrh.com
ETHAN I. JACOBS [SBN 291838] ejacobs@ksrh.com
KELLER SLOAN ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333


LAURENCE W. KESSENICK [SBN 45433]
SCOTT C. KESSENICK [SBN 295999]
KESSENICK, GAMMA, & FREE, LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94014
Telephone: (415) 362-9400
Facsimile: (415) 352-9401

*Attorneys for Defendant Accrediting Commission for Community and Junior Colleges*

# STIPULATION REGARDING CASE SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs AFT Local 2121, Palomar Faculty Federation, AFT Local 6161; Mendocino College Federation of Teachers, AFT Local 6322; San Jose-Evergreen Federation of Teachers, AFT Local 6157; California Federation of Teachers, Alisa Messer, Tim Killikelly, Karen Saginor, Shannon Lienhart, and Augusta Goldstein ("Plaintiffs") and Defendants the Chancellor and members of the Board of Governors ("Board") of the California Community Colleges (collectively here "State Defendants") and Defendant Accrediting Commission for Community and Junior Colleges ("ACCJC") that, as described in the parties' joint letter brief of March 15, 2017 (Dkt. No. 101), the parties' amended proposed case schedule is as follows:

| | |
|---|---|
| Hearing on ACCJC's and State Defendants' Motions to Dismiss: | April 13, 2017 |
| ACCJC's supplemental responses to Plaintiffs' Third Set of Requests for Production of Documents and notification of affected institutions, pursuant to Dkt. Nos. 94, 98: | April 28, 2017 |
| Close of non-expert discovery: | October 13, 2017 |
| Disclosure of expert reports: | October 13, 2017 |
| Disclosure of rebuttal expert reports: | October 25, 2017 |
| Close of expert discovery: | November 29, 2017 |
| Deadline for filing dispositive motions: | December 6, 2017 |
| Deadline for opposition briefs: | December 22, 2018 |
| Deadline for reply briefs: | January 10, 2018 |
| Deadline for hearing dispositive motions: | January 25, 2018 |
| Pretrial conference: | March 13, 2018 |
| Trial: | April 2, 2018 |

Dated: April 21, 2017

STEPHEN P. BERZON
EILEEN B. GOLDSMITH
PEDER J. V. THOREEN
MEREDITH A. JOHNSON
REBECCA C. LEE
Altshuler Berzon LLP

2
STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE;
CASE NO. 4:16-cv-03411-HSG

| | |
|---|---|
| 1 | ROBERT J. BEZEMEK |
| 2 | DAVID CONWAY<br>Law Offices of Robert J. Bezemek |
| 3 | |
| 4 | By:   s/ *Eileen B. Goldsmith*<br>       Eileen B. Goldsmith |
| 5 | *Attorneys for Plaintiffs* |

Dated: April 21, 2017

XAVIER BECERRA
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
HAMSA M. MURTHY
Deputy Attorney General
HADARA R. STANTON
Deputy Attorney General

By:   s/ *Hamsa M. Murthy*
       Hamsa M. Murthy

*Attorneys for Defendants California Community Colleges Board of Governors and the Chancellor's Office*

Dated: April 21, 2017

KENNETH E. KELLER
THOMAS H. SLOAN, JR.
TRACY M. CLEMENTS
ETHAN I. JACOBS
Keller Sloan Roman LLP

LAURENCE W. KESSENICK
SCOTT C. KESSENICK
Kessenick, Gamma & Free LLP

By:   s/ *Kenneth E. Keller*
       Kenneth E. Keller

*Attorneys for Defendant ACCJC*

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I hereby certify that the content of this document is acceptable to all signatories and that I |
| 3 | have obtained their authorization to affix their respective electronic signatures to this document. |
| 4 | |
| 5 | By:  s/ *Eileen B. Goldsmith*  <br>         Eileen B. Goldsmith |
**ATTESTATION**

I hereby certify that the content of this document is acceptable to all signatories and that I have obtained their authorization to affix their respective electronic signatures to this document.

By:   s/ *Eileen B. Goldsmith*
       Eileen B. Goldsmith

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: April 21, 2017

_____
Haywood S. Gilliam, Jr.
United States District Judge