STEPHEN P. BERZON (SBN 46540)
EILEEN B. GOLDSMITH (SBN 218029)
PEDER J. V. THOREEN (SBN 217081)
MEREDITH A. JOHNSON (SBN 291018)
REBECCA C. LEE (SBN 305119)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sberzon@altber.com
        egoldsmith@altber.com
        pthoreen@altber.com
        mjohnson@altber.com
        rlee@altber.com

ROBERT J. BEZEMEK (SBN 058740)
DAVID CONWAY (SBN 253903)
Law Offices of Robert J. Bezemek
A Professional Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 936
Oakland, California 94612
Telephone: (510) 763-5690
Facsimile: (510) 763-4255
E-mail: rjbezemek@bezemeklaw.com
        dconway@bezemeklaw.com

Attorneys for Plaintiffs

[Additional Counsel on following page]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFT LOCAL 2121, *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>ACCREDITING COMMISSION FOR COMMUNITY AND JUNIOR COLLEGES, *et al.*,<br><br>          Defendants. | CASE NO. 4:16-cv-03411-HSG<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST ACCJC PURSUANT TO SETTLEMENT AGREEMENT; ORDER** |

1  KENNETH E. KELLER [SBN 71450] kenneth.keller@pillsburylaw.com
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   Four Embarcadero Center, 22nd Floor
3  San Francisco, CA  94111-5998
   Telephone: (415) 983-1084
4  Facsimile: (415) 249-8466

5
   THOMAS H. SLOAN, JR. [SBN 58322] tsloan@ksrh.com
6  TRACY M. CLEMENTS [SBN 184150] tclements@ksrh.com
   ETHAN I. JACOBS [SBN 291838] ejacobs@ksrh.com
7  KELLER SLOAN ROMAN LLP
   555 Montgomery Street, 17th Floor
8  San Francisco, CA 94111
   Telephone: (415) 249-8330
9  Facsimile: (415) 249-8333

10
   LAURENCE W. KESSENICK [SBN 45433]
11 SCOTT C. KESSENICK [SBN 295999]
   KESSENICK, GAMMA, & FREE, LLP
12 44 Montgomery Street, Suite 3880
   San Francisco, CA 94014
13 Telephone: (415) 362-9400
14 Facsimile: (415) 352-9401

15 *Attorneys for Defendant Accrediting Commission for Community and Junior Colleges*

16

17

18

19

20

21

22

23

24

25

26

27

28

# STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs California Federation of Teachers; AFT Local 2121; Palomar Faculty Federation/AFT Local 6161; San-Jose Evergreen Federation of Teachers/AFT Local 6157; Mendocino Federation of Teachers/AFT Local 6322; Tim Killikelly; Alisa Messer; Shannon Lienhart; Karen Saginor; and Augusta Goldstein (collectively "Plaintiffs"); and Defendant Accrediting Commission for Community & Junior Colleges ("ACCJC") hereby stipulate to the dismissal, with Court approval, of Plaintiffs' claims in this action against ACCJC as follows.

1.      Plaintiffs and ACCJC have entered into a Settlement Agreement of Plaintiffs' claims in this action against ACCJC.  The Settlement Agreement is attached hereto as Exhibit 1 and is incorporated by reference into this Stipulation in its entirety.

2.      Upon approval by the Court of this Stipulation, Plaintiffs' claims in this action against ACCJC shall be dismissed with prejudice.

3.      Notwithstanding the dismissal of Plaintiffs' claims against ACCJC in this action, Plaintiffs and ACCJC have agreed and requested that this Court retain jurisdiction for purposes of enforcing the Settlement Agreement in accordance with its terms.   *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994); *O'Connor v. Colvin*, 70 F.3d 530, 532 (9th Cir. 1995).

4.      Pursuant to the Settlement Agreement, the Parties to this Stipulation shall bear their own attorneys' fees and costs as against each other.

5.      This Stipulation shall have no effect on Plaintiffs' claims against any other party to this action that is not a party to this Settlement, including but not limited to any claims for recovery of attorneys' fees and costs.

[ALL SIGNATURES ON FOLLOWING PAGE]

1  Dated: August 7, 2017
2
3
4

STEPHEN P. BERZON
EILEEN B. GOLDSMITH
PEDER J. V. THOREEN
MEREDITH A. JOHNSON
REBECCA C. LEE
Altshuler Berzon LLP

5
6

ROBERT J. BEZEMEK
DAVID CONWAY
Law Offices of Robert J. Bezemek

7

8
9

By:  _s/ Eileen B. Goldsmith_
            Eileen B. Goldsmith

10

*Attorneys for Plaintiffs*

11

12  Dated: August 7, 2017
13

KENNETH E. KELLER
Pillsbury Winthrop Shaw Pittman LLP

14
15

THOMAS H. SLOAN, JR.
TRACY M. CLEMENTS
ETHAN I. JACOBS
Keller Sloan Roman LLP

16
17

LAURENCE W. KESSENICK
SCOTT C. KESSENICK
Kessenick, Gamma & Free LLP

18

19

By:  _s/ Kenneth E. Keller_
            Kenneth E. Keller

20

*Attorneys for Defendant ACCJC*

21

22

23

24

25

26

27

28

**ATTESTATION**

I hereby certify that the content of this document is acceptable to all signatories and that I

have obtained their authorization to affix their respective electronic signatures to this document.

By:   _s/ *Eileen B. Goldsmith*_
Eileen B. Goldsmith

**ORDER**

This judgment of dismissal of Plaintiffs' claims against Defendant Accrediting Commission for Community & Junior Colleges ("ACCJC") is entered pursuant to the terms of the Settlement Agreement, which is incorporated herein as though fully set forth, and attached as Exhibit 1 to this Order. The Court orders the parties to the Settlement Agreement to perform all of their obligations thereunder. The Court retains exclusive and continuing jurisdiction over this case, the Plaintiffs, and Defendant ACCJC for purposes of enforcing the Settlement Agreement in accordance with its terms. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994); *O'Connor v. Colvin*, 70 F.3d 530, 532 (9th Cir. 1995).

Plaintiffs' claims against Defendant ACCJC in this action are hereby dismissed with prejudice. Pursuant to the Settlement Agreement, Plaintiffs and ACCJC shall bear their own attorneys' fees and costs in this action as against each other.

This judgment of dismissal shall have no effect on Plaintiffs' claims against any other Defendant in this action, including but not limited to any claim for recovery of attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 8, 2017

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge